**Mattie J. WHITFIELD, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 04–3237.

United States Court of Appeals, Federal Circuit.

June 15, 2004.

Timothy P. McIlmail, Principal Attorney, Bryant G. Snee, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

Mattie J. Whitfield, of Counsel, Macon, GA, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Angel A. HERNANDEZ, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 04–3180.

United States Court of Appeals, Federal Circuit.

June 15, 2004.

Pedro R. Vazquez, III., Principal Attorney, Vazquez Law, Guaynabo, PR, for Petitioner.

Stephen D. Lobaugh, Principal Attorney, Washington, DC, for Respondent.·

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.